**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JAVIER ENRIQUEZ,

    Petitioner,

-vs-                                            Case No. 8:14-CV-335-T-30TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Petitioner, an inmate in a Florida penal institution proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging 2009 convictions for two counts of sexual battery and two counts of lewd molestation entered by the Twentieth Judicial Circuit Court, Lee County, Florida (Dkt. 1). Therefore, this case should be transferred to the Fort Myers Division of this Court. See Local Rule 1.02(c) ("All civil proceedings of any kind shall be instituted in that Division encompassing the county . . . having the greatest nexus with the cause . . . .").

**ACCORDINGLY**, the Court **ORDERS** that this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Fort Myers Division, for all further proceedings. The **Clerk** is directed to close this case, and immediately forward the Court file to that Division.

**DONE** and **ORDERED** in Tampa, Florida on February 12, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: *Pro se* Petitioner